REVERE *v.* CHANDLER, guardian.

FISH, C. J.   This case on its facts is controlled by the decision of this court *In re Williams,* rendered February 26th, 1913.   Ante, 524.
   *Judgment affirmed.   Beck, J., absent.   The other Justices concur.*
                    MARCH 11, 1913.

Equitable·petition.  ,Before Judge Ellis.   Fulton superior court. May 2, 1912.

*Dean E. Ryman* and *Green, Tilson & McKinney,* for plaintiff.

*C. P. Goree,* for defendant.